UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| CHRISTOPHER J. ROBINSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:21-CV-00172-JRG-CRW |
| | ) | |
| JEFF CASSIDY and SULLIVAN COUNTY DETENTION CENTER, | ) ) | |
| | ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the Memorandum and Order filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action filed under 42 U.S.C. § 1983 is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B) and 1915A.

Because the Court **CERTIFIED** in the Memorandum and Order that any appeal from this Order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk is **DIRECTED** to close the file.

So ordered.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT:

s/ *LeAnna R. Wilson*
District Court Clerk